# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4929
_____

MIGUEL A. SORDO,

    Appellant,

    v.

CARIB SALES, LLC/AMTRUST
NORTH AMERICA OF FLORIDA and
TECHNOLOGY INSURANCE,

    Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Edward R. Almeyda, Judge.

Date of Accident: July 27, 2015.

June 27, 2018

PER CURIAM.

    AFFIRMED.

ROWE, KELSEY, and M.K. THOMAS, JJ., concur.

_____

*__Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.__*

_____

Miguel Angel Sordo Quintanilla, pro se, Appellant.

Rayford H. Taylor of Hall Booth Smith, P.C., Atlanta; and Robert D. Friedman of Kelley, Kronenberg, Gilmartin, Fichtel & Wander, P.A., Fort Lauderdale, for Appellees.